**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| GREG ANSPACHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-00199 |
| | ) | |
| ATLANTIC CREDIT & FINANCE, | ) | |
| | ) | |
| Defendant. | ) | |

**CORRECTED NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, GREG ANSPACHER, ("Plaintiff"), through his attorney, The Law Firm of Michael Alan Siddons, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ATLANTIC CREDIT & FINANCE.

RESPECTFULLY SUBMITTED,

March 30, 2016                 By: /s/ Michael A. Siddons
                               Michael A. Siddons
                               Attorney #89018
                               The Law Firm of Michael Alan Siddons, Esquire
                               230 N. Monroe Street
                               PO Box 403
                               Media, PA 19063
                               Tel: 410-705-0970
                               msiddons@siddonslaw.com
                               Attorney for Plaintiff

SO ORDERED, on Wednesday, March 30, 2016,

                                   /s/
                               Marvin J. Garbis
                               United States District Judge

## CERTIFICATE OF SERVICE

On March 30, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, David B. Shaver, Esq, at DShaver@sdtlawyer.com